# EXHIBIT 1

# TO

# NOTICE OF REMOVAL

## State Court File

# CIVIL WARRANT

**WILLIAMSON COUNTY, TENNESSEE**

**Court of General Sessions, Courtroom A, 135 4th Ave. South, Franklin, TN**

**615-790-5454**

**DOCKET #** 2016-CV- 2265

**Reset for: (1)**

I, DEBBIE McMILLAN BARRETT, CLERK OF GENERAL SESSIONS COURT, WILLIAMSON COUNTY, TENNESSEE DO HEREBY CERTIFY THE FOREGOING TO BE A TRUE AND PERFECT COPY OF THE ORIGINAL INSTRUMENT ON FILE IN THIS CASE. KIMBERLY ASHTON vs. BANK OF AMERICA CASE # 2016 CV 2265 DATE 8/15/2016 CLERK [signature]

COPY

Kimberly Ashton
3118 Tristan Drive
Franklin, TN 37064
(615)-218-3240
(Address & Phone #)

vs.

Bank of America
DEFENDANT
100 North Tryon Street
ADDRESS
Charlotte, NC 28255
Legal Department
DEFENDANT

ADDRESS

**- OFFICER RETURN -**

Received by undersigned officer on ____________
and served on all named Defendants by reading same to them and leaving a copy with them or by:

Date: ____________ 20 ___

By: ____________ Sheriff/ Deputy Sheriff (______ Co.) / Constable / Private possess server

RECEIVED
AUG 15 2016
GENERAL SESSIONS

RECEIVED
STATE OF TENNESSEE
2016 AUG 19 AM 9:31
TRE HARGETT
SECRETARY OF STATE

**To Any Lawful Officer to Execute and Return:**

**Summon each Defendant to appear before the Judge of the General Sessions Court of this county on the** 3rd **day of** October, **2016 at** 10:00 **A.M., then and there to answer in a civil action brought by Plaintiff(s) for the following:**

Bank of America has admitted to placing my Federal funds of $1036 in anothe customers account on April 8, 2016 even though the account number name on account did not match & was not immediately returned. Bank of America refus to do anything about this issue & refuses to give me my money. **under $25,000.00**
I am requesting my Federal funds & financial restitution for damages incurred.

**Debbie McMillan Barrett, Clerk**

**Issued** August 15, 2016. **By:** [signature] **, Deputy Clerk**

**JUDGMENT ORDER**

**Judgment for** ____________ **against** ____________ **for $** ____________ **plus interest at the rate of** ____**%** **and cost of suit, for which execution may issue.**

**Judgment entered by:** ☐ Default ☐ Agreement ☐ Trial ☐ Confessed

**Dismissed:** ☐ Without Prejudice ☐ With Prejudice

**Cost taxed to:** ☐ Plaintiff ☐ Defendant

**Defendant(s)** ____________________ **In Court and admitted to jurisdiction of Court.**

**This the** ______ **day of** ________________, **20** ____.

________________________________, **Judge, Div.** ________

# CIVIL WARRANT

**WILLIAMSON COUNTY, TENNESSEE**

**Court of General Sessions, Courtroom A, 135 4th Ave. South, Franklin, TN**

**615-790-5454**

DOCKET # 2016-CV-2265

Reset for: (1) ____________

RETURN TO GENERAL SESSIONS

Kimberly Ashton

3118 Tristan Drive

(Address & Phone #)

Franklin, TN 37064

(615)-218-3240

VS.

Bank of America

DEFENDANT

100 North Tryon Street

ADDRESS

Charlotte, NC 28255

Legal Department

DEFENDANT

ADDRESS

**- OFFICER RETURN -**

Received by undersigned officer on ____________ and served on all named Defendants by reading same to them and leaving a copy with them or by:

Date: ____________, 20 ____.

By: ____________

Sheriff/ Deputy Sheriff (____________ Co.) / Constable / Private possess server

RECEIVED
STATE OF TENNESSEE
2016 AUG 19 AM 9:31
TRE HARGETT
SECRETARY OF STATE

RECEIVED
AUG 15 2016
GENERAL SESSIONS

To Any Lawful Officer to Execute and Return:

Summon each Defendant to appear before the Judge of the General Sessions Court of this county on the 3rd day of October, 2016 at 10:00 A.M., then and there to answer in a civil action brought by Plaintiff(s) for the following: Bank of America has admitted to placing my Federal funds of $1036 in another customers account on April 8, 2016 even though the account number name on account did not match + was not immediately returned. Bank of America refuses to do anything about this issue + refuses to give me my money. under $25,000.00 I am requesting my Federal funds + financial restitution for damages incurred.

Debbie McMillan Barrett, Clerk

Issued August 15, 2016. By: Robin Kopko, Deputy Clerk

**JUDGMENT ORDER**

Judgment for DISMISSED against ____________ for $ ____________ plus interest at the rate of ____% and cost of suit, for which execution may issue.

Judgment entered by: ☐ Default ☐ Agreement ☒ Trial ☐ Confessed

Dismissed: ☐ Without Prejudice ☐ With Prejudice

Cost taxed to: ☐ Plaintiff ☐ Defendant

Defendant(s) ____________ In Court and admitted to jurisdiction of Court.

This the 3 day of October, 2016.

____________, Judge, Div. II

## NOTICE

**TO THE DEFENDANT(S):**

**Tennessee law provides a ten thousand dollar ($10,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel; family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.**

---

## AFFIDAVIT

**To the best of my information and belief, after investigation of defendant's employment, I hereby make affidavit that the defendant(s) is/are not a member of a military service.**

RECEIVED

______________________________
**Attorney for the Plaintiff or Plaintiffs**

______________________________
**Notary Public**

**My Comm. Exp.:** ______________________________

---

## ORDER

**From which judgment the** __________ **prayed an appeal to the Circuit Court on** ____________________, **20** ____.

______________________________

______________________________

______________________________

______________________________, **Judge, Div.** ______

If you have a disability & require assistance, please Call 615-790-5428

**IN THE GENERAL SESSIONS FOR WILLIAMSON COUNTY**
**STATE OF TENNESSEE**

| | | |
|---|---|---|
| **KIMBERLY ASHTON,**<br>**Plaintiff,**<br><br>**v.**<br><br>**BANK OF AMERICA, INC.,**<br>**Defendant.** | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>] | **Docket No.: 2016-CV-2265** |

## NOTICE OF APPEAL

Appellant, Kimberly Ashton, being the plaintiff in the above captioned case, does hereby give notice that she desires to appeal to the Circuit Court the General Sessions' decision rendered on the plaintiff's original claims.

Respectfully submitted,

Christopher V. Boiano, Esq. (#30076)
Boiano & Boiano, LLC
115 Shivel Drive
Hendersonville, TN 37075
P: 615-991-7117
F: 615-296-0390
Christopher@boianolaw.com
*Attorney for Plaintiff*

Case 3:16-cv-02831 Document 1-1 Filed 11/03/16 Page 5 of 37 PageID #: 9

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via U.S. Mail, postage prepaid, on the below named individuals on this 8th day of October, 2016:

Rick Humbracht, Esq
Bradley Arant Boult Cummings
P.O. Box 340025
Nashville, TN 37203
Phone: (615) 252-2371
Fax: (615) 252-6371
rhumbracht@bradley.com
*Attorney for Plaintiff*

Christopher V. Boiano, Esq.

IN THE GENERAL SESSIONS FOR WILLIAMSON COUNTY
STATE OF TENNESSEE

| | | |
|---|---|---|
| **KIMBERLY ASHTON,**<br>**Plaintiff,**<br><br>**v.**<br><br>**BANK OF AMERICA, INC.,**<br>**Defendant.** | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>] | **Docket No.: 2016-CV-2265** |

## NOTICE OF APPEARANCE

Please enter my firm's appearance on behalf of the Plaintiff, Kimberly Ashton, in this matter, and forward all future correspondence and filings to my attention.

Respectfully submitted,

Christopher V. Boiano, Esq. (#30076)
Boiano & Boiano, LLC
115 Shivel Drive
Hendersonville, TN 37075
P: 615-991-7117
F: 615-296-0390
Christopher@boianolaw.com
*Attorney for Plaintiff*

Case 3:16-cv-02831 Document 1-1 Filed 11/03/16 Page 7 of 37 PageID #: 11

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via U.S. Mail, postage prepaid, on the below named individuals on this 8th day of October, 2016:

Rick Humbracht, Esq
Bradley Arant Boult Cummings
P.O. Box 340025
Nashville, TN 37203
Phone: (615) 252-2371
Fax: (615) 252-6371
rhumbracht@bradley.com
*Attorney for Plaintiff*

Christopher V. Boiano, Esq.

IN THE CIRCUIT COURT FOR WILLIAMSON COUNTY, TENNESSEE

FILED

OCT 11 2016

Debbie McMillan Barrett
Circuit Court

**KIMBERLY ASHTON**

**-VS-** **CASE NO. # 2016-513**

**BANK OF AMERICA, INC.**

**ORDER TO SET**

It appears to the Court that this case has been appealed from General Session Court to the Circuit Court on the 11TH day of October, 2016.

It is, therefore, **ORDERED** that this matter shall be set for hearing on the docket for the 8th day of December, 2016, at 1:00 p.m.

**ENTERED** this 11th day of October, 2016.

Deanna B. Johnson
**JUDGE**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been forwarded via U.S. first class mail to the defendant at the last address noted this 13th day of October, 2016.

Alden P.
Clerk

Christopher Boiano
115 Shivel Drive
Hendersonville, TN 37075
Christopher@boianolaw.com

Rick Humbracht
P.O. Box 340025
Nashville, TN. 37203
Rhumbracht@Bradley.com

IN THE CIRCUIT COURT FOR WILLIAMSON COUNTY, TENNESSEE

FILED
OCT 17 2016
Debbie McMillan Barrett
Circuit Court

| | | |
|---|---|---|
| KIMBERLY ASHTON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 94CC1-2016-CV-513 |
| | ) | |
| BANK OF AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

PLEASE BE ADVISED that the undersigned, Brian R. Epling of the law firm of Bradley Arant Boult Cummings LLP, 1600 Division Street, Suite 700, Nashville, Tennessee 37203, hereby enters his appearance as counsel for Defendant Bank of America, N.A., improperly named Bank of America, Inc. in the above-referenced action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

Respectfully submitted,

Brian R. Epling (No. 034728)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
bepling@bradley.com
Phone: 615-252-2340

*Attorney for Defendant Bank of America, N.A.*

RECEIVED OCT 2 1 2016

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded via U.S. Mail, postage prepaid, to:

Christopher Boiano
Boiano & Boiano
P.O. Box 160659
Nashville, TN 37216

*Attorney for Plaintiff Kimberly Ashton*

on the 13 day of October, 2016.

Brian R. Epling

FILED WILLIAMSON COUNTY CIRCUIT COURT 2016 OCT 21 PM 1:03

IN THE CIRCUIT COURT FOR WILLIAMSON COUNTY, TENNESSEE
AT FRANKLIN

KIMBERLY ASHTON,
Plaintiff,

v.

BANK OF AMERICA, N.A.,
Defendant.

Docket No.: 2016-~~CV-2265~~ 513
Jury Trial Demanded

## COMPLAINT

Plaintiff, Kimberly Ashton, sues Defendant, Bank of American, N.A., and states:

### Jurisdiction, Parties, and Venue

1. This is an action for damages that exceeds Twenty-Five Thousand Dollars ($25,000.00), exclusive of interest, costs, and attorney's fees and is within the jurisdiction of this Court.

2. Plaintiff, Kimberly Ashton ("Plaintiff"), is an adult citizen of the state of Tennessee and resides in Williamson County, Tennessee.

3. Defendant, Bank of America, N.A. ("Defendant"), is a foreign for-profit National Banking Association conducting business in the State of Tennessee with a principal place of business at Bank of America Corporate Center, 100 N. Tryon Street, Charlotte, North Carolina 28255.

4. Venue is proper in Williamson County because Plaintiff resides in Williamson County and Defendant conducts business in Williamson County.

## Facts

5. Plaintiff, a middle school teacher at Croft Design Center, has been a long time customer of Defendant and maintains a bank account with Defendant ending in 6474 ("the Account").

6. On or around April 1, 2016, Plaintiff electronically filed her 2015 federal tax return with the Internal Revenue Service ("IRS"). A copy of Plaintiff's tax return and the Certification of Electronic Filing is attached as Composite Exhibit "A".

7. Plaintiff's 2015 federal tax return indicates Plaintiff will receive a refund from the IRS in the amount of One Thousand Thirty Six Dollars and 00/Cents ($1,036.00).

8. Instead of having the IRS send Plaintiff a refund check, Plaintiff elected for the IRS to directly deposit her $1,036.00 refund into the Account at Bank of America.

9. In April 2016, Plaintiff received notification that her tax return was fully processed by the IRS and that she would be receiving a refund in the amount of $1,036.00. A copy of the IRS text message notifying Plaintiff of the status of her refund is attached as Exhibit "B".

10. Plaintiff subsequently reviewed the Account at Bank of America and did not see any indication that Defendant deposited Plaintiff's tax refund into the Account.

11. In early April 2016, Plaintiff contacted Defendant by phone to notify Defendant of the problem at which time an agent working for Defendant stated that there was nothing Defendant could investigate because the IRS never sent her electronic deposit to Defendant.

12. Plaintiff immediately contacted the IRS and the IRS informed her that Defendant was incorrect and that the electronic deposit was in fact received by Defendant.

13. On or around April 13, 2016, Plaintiff contacted the IRS again about the issue and the IRS began an investigation.

14. On or around April 26, 2016, Plaintiff received confirmation from the IRS that her funds were sent to the Account at Bank of America and that Bank of America did not return any of Plaintiff's deposit to the IRS.

15. Plaintiff called Defendant a second time in April and spoke with a customer service manager that restated Defendant never received the money because the IRS failed to send the funds. The agent for Bank of America subsequently sent Plaintiff a letter dated April 27, 2016, stating "We [Bank of America] are not able to confirm that directed deposit has been received and returned." A copy of the letter dated April 27, 2016, is attached as Exhibit "C".

16. On or around June 1, 2016, Plaintiff contacted the IRS to inquire about the status of her tax return. The IRS agent stated that Defendant has not responded to the IRS's request as to the whereabouts of Plaintiff's tax refund.

17. On or around June 8, 2016, the IRS contacted Plaintiff and informed Plaintiff that the IRS is sending her a letter confirming that the IRS deposited the funds into the Account on April 8, 2016. A copy of the letter dated June 13, 2016, from the IRS to Plaintiff is attached as "D" and states, "Per our conversation, after researching your account for tax year Dec. 31, 2015, a refund in the amount of $1,036.00 was submitted via direct deposit on Apr. 8, 2016."

18. On or around June 17, 2016, Plaintiff filed a formal complaint with Defendant. A copy of the confirmation letter dated June 17, 2016, is attached as Exhibit "E".

19. On or around June 23, 2016, Plaintiff received a call from Judy Giuliani, an agent for Defendant, who wanted to discuss her complaint filed on June 17, 2016. Ms. Gilulìani told Plaintiff that Defendant was not responsible for losing her funds because the IRS failed to send the money to Defendant for deposit.

20. Later on June 23, 2016, and again on June 24, 2016, Plaintiff, working with agents of Defendant, called the IRS to discuss the status of Plaintiff's refund. On both occasions, the IRS again confirmed the funds were delivered to Defendant.

21. On or around July 5, 2016, Plaintiff again contacted the IRS regarding the status of her refund. The IRS agent told Plaintiff that the IRS traced the funds to Defendant, that Defendant is in possession of the funds, and that in order for Plaintiff to retrieve her refund she would need to bring a civil lawsuit against Defendant.

22. On or around July 7, 2016, Plaintiff filed a complaint with Bank of America through the Consumer Financial Protection Bureau ("CFPB").

23. On or around July 14, 2016, Randy Tate, an agent for Defendant, contacted Plaintiff to set an appointment for July 18, 2016, to discuss her complaint with the CFPB.

24. On or around July 18, 2016, Plaintiff and Mr. Tate spoke via telephone regarding the status of Plaintiff's refund and the complaint she filed with the CFPB.

25. During the conversation on July 18, 2016, Defendant, for the first time, acknowledged receiving Plaintiff's refund from the IRS on April 8, 2016. Defendant's agent, however, explained that the funds were deposited into the wrong person's bank account because the IRS sent her refund account number with two (2) letter OO's instead of two (2) numerical 00's. Accordingly, the agent stated that Defendant simply dropped the two (2) numerical 00's from the account number and deposited the funds into another person's account. See Response from Bank of America to CFPB Complaint attached as Exhibit "F."

26. Plaintiff responded to Mr. Tate by asking why Defendant would deposit Plaintiff's tax refund into another customers account if the name on that customer's account did not match the name of customer listed on the deposit from the IRS.

27. Mr. Tate told Plaintiff that Defendant could not assist her and that only the IRS could recall the funds.

28. As of the filing of this Complaint, Defendant has still not received her tax refund and Defendant continues to refuse Plaintiff any assistance in correcting the problem.

29. Because Plaintiff did not receive her tax refund, Plaintiff fell behind on her mortgage and is facing foreclosure. Accordingly, Defendant's actions and/or inactions caused Plaintiff to file for bankruptcy in order to prevent her mortgage company from foreclosure on her house. Both Plaintiff's foreclosure and pending bankruptcy would have been avoided if Defendant simply deposited Plaintiff's tax refund into the Account once Defendant received the money from the IRS.

30. All conditions precedent to initiating and maintain this action have been performed by Plaintiff, have occurred, or have been waived.

31. Plaintiff has retained Boiano & Boiano, LLC., to represent her in this action and is obligated to pay reasonable attorney's fees and costs for this action.

**Count I – Tennessee Consumer Protection Act**

32. Plaintiff re-alleges paragraphs two (2) through thirty-one (31) above, as if fully restated herein.

33. Plaintiff is a consumer and person within the meaning of T.C.A. § 47-18-103(2) and (9) respectively.

34. Defendant is a person within the meaning of T.C.A. § 47-18-103(13).

35. Plaintiff brings this count pursuant to T.C.A. § 47-18-109, which provides an individual consumer a private right of action.

36. The acts and practices of Defendant constitute unfair or deceptive trade practices affecting trade or commerce in Tennessee and violated T.C.A. § 47-18-104(a).

37. For purposes of T.C.A. § 47-18-109, Defendants' violations of the Act were willful or knowing.

38. As a result of Defendant's use of unfair and deceptive acts or practices, Plaintiff suffered an ascertainable loss of money or property.

**Count II – Negligent Misrepresentation**

39. Plaintiff re-alleges paragraphs one (1) through thirty-one (31) above, as if fully restated herein.

40. Defendant at all times material hereto acted in the course of its business, profession, and employment.

41. While acting in the course of its business, Defendant negligently supplied false information to Plaintiff.

42. Defendant intended the negligently supplied information to guide Plaintiff away from believing it possessed Plaintiff's funds.

43. Plaintiff justifiably relied upon the false information.

44. As a result, Plaintiff suffered a financial loss.

45. Defendant failed to exercise reasonable care or competence in obtaining information about the location and status of the funds it received from the IRS for Plaintiff's Benefit.

46. Defendant failed to exercise reasonable care or competence in failing to deposit Plaintiff's tax refund into Plaintiff's bank account at Defendant's banking institution.

## Count III – Negligence

47.    Plaintiff re-alleges paragraphs one (1) through thirty-one (31) above, as if fully restated herein.

48.    Defendant owed a duty to Plaintiff to deposit her tax return in the Account and to exercise reasonable care or competence in handling her federal tax refund.

49.    Defendant breached the duty it owed to Plaintiff by failing to deposit Plaintiff's tax refund into the Account.

50.    Additionally, Defendant breached the duty it owed to Plaintiff by depositing Plaintiff's tax refund into an unknown persons account whose name did not match the name provided on the direct deposit documents Defendant received from the IRS.

51.    As a result of Defendant's breach, Plaintiff suffered damages.

52.    Plaintiff has suffered actual damages.

## Count IV– Constructive Trust

53.    Plaintiff re-alleges paragraphs two (2) through thirty-one (31) above, as if fully restated herein.

54.    This is an action for a constructive trust over Plaintiff's tax return that Defendant currently possess.

55.    Plaintiff placed tremendous trust and confidence in Defendant as evidenced by her willingness to open a bank account with Defendant.

56.    Plaintiff entrusted Defendant to receive her tax refund and place those funds in the Account.

57.    Defendant is in possession of Plaintiff's tax refund it received from the IRS.

58.    Plaintiff is entitled to receive her tax refund from the IRS.

59. Defendant has wrongfully acquired and/or retained Plaintiff's tax refund.

60. Defendant is not entitled to Plaintiff's tax refund.

**Count V– Conversion**

61. Plaintiff re-alleges paragraphs one (1) through thirty-one (31) above and fifty-five (55) through sixty (60) above, as if fully restated herein.

62. Defendant has unlawfully retained possession of Plaintiff's tax refund.

63. Plaintiff has made demand on Defendant to provide her with the tax refund in Defendant's possession.

64. Despite Plaintiff's demands, Defendant continues to remain in possession of Plaintiff's tax refund.

**Count VI– Punitive Damages**

65. Plaintiff re-alleges paragraphs one (1) through sixty-four (64) above, as if fully restated herein.

66. Defendant's retention of Plaintiff's tax return and repeated lies about the location of the tax return show that Defendant has acted maliciously, intentionally, fraudulently and/or recklessly.

**Prayer for Relief**

WHEREFORE, Plaintiff, Kimberly Ashton, requests the following relief:

a. That process issue and be served on Defendant and that Defendant be required to appear and answer this Complaint within the time required by law;

b. That the Court finds and declares that Defendant violated Plaintiff's rights and that Plaintiff be awarded a judgment against Defendant for Two Hundred Fifty Thousand Dollars

($250,000.00) in compensatory damages and Two Hundred Fifty Thousand Dollars ($250,000.00) in punitive damages;

     c.    That the Court find and declare Defendant's acts and practices violated Tennessee law;

     d.    That the Court find and declare the Defendant caused injury, damages, and losses to Plaintiff for each cause of action stated in the Complaint.

     e.    That the Court require and order Defendant to fully reimburse Plaintiff for all damages sustain;

     f.    that Plaintiff be awarded monetary damages for the actual damages, injuries, losses and damages sustained or suffered by Plaintiff caused by Defendant or result from Defendant's acts or conduct as set forth in the Complaint;

     g.    That, pursuant to T.C.A. § 47-10-109, the Court award Plaintiff treble actual damages;

     h.    That, pursuant to T.C.A. § 47-18-109, the Court award a reasonable attorney's fees and order or provide for other relief authorized by law;

     i.    That the Court award Plaintiff costs and expenses;

     j.    That a jury of twelve (12) try this cause;

     k.    That the Court grant Plaintiff such other and further relief as the case and justice may require.

Respectfully submitted,

Christopher V. Boiano, Esq. (#30076)
Boiano & Boiano, LLC
115 Shivel Drive
Hendersonville, TN 37075
P: 615-991-7117
F: 615-296-0390
Christopher@boianolaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via U.S. Mail, postage prepaid, on the below named individuals on this 20th day of October, 2016:

Rick Humbracht, Esq
Bradley Arant Boult Cummings
P.O. Box 340025
Nashville, TN 37203
Phone: (615) 252-2371
Fax: (615) 252-6371
rhumbracht@bradley.com
*Attorney for Plaintiff*

Christopher V. Boiano, Esq.

Form **1040A** Department of the Treasury—Internal Revenue Service **U.S. Individual Income Tax Return** (99) **2015** IRS Use Only—Do not write or staple in this space.

OMB No. 1545-0074

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| KIMBERLY | ASHTON | [redacted] |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| | | |

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. |
|---|---|
| 1007 CASHMERE DRIVE | |

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
THOMPSON STATION TN 37179

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|
| | | |

**Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing status** Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☒ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not check** box 6a.
b ☐ **Spouse**

Boxes checked on 6a and 6b: 1

c **Dependents:**

If more than six dependents, see instructions.

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| NICHOLAS G ASHTON | [redacted] | Son | ☒ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

No. of children on 6c who:
• lived with you: 1
• did not live with you due to divorce or separation (see instructions): 
Dependents on 6c not entered above: 
Add numbers on lines above ▶ 2

d Total number of exemptions claimed.

**Income**

**Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.**

If you did not get a W-2, see instructions.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2. | 7 | 40,281. |
| 8a | **Taxable** interest. Attach Schedule B if required. | 8a | |
| b | **Tax-exempt** interest. **Do not** include on line 8a. 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required. | 9a | |
| b | Qualified dividends (see instructions). 9b | | |
| 10 | Capital gain distributions (see instructions). | 10 | |
| 11a | IRA distributions. 11a — 11b Taxable amount (see instructions). | 11b | |
| 12a | Pensions and annuities. 12a — 12b Taxable amount (see instructions). | 12b | |
| 13 | Unemployment compensation and Alaska Permanent Fund dividends. | 13 | |
| 14a | Social security benefits. 14a — 14b Taxable amount (see instructions). | 14b | |
| 15 | Add lines 7 through 14b (far right column). This is your **total income.** ▶ | 15 | 40,281. |

**Adjusted gross income**

| Line | Description | | Amount | | Total |
|---|---|---|---|---|---|
| 16 | Educator expenses (see instructions). | 16 | 250. | | |
| 17 | IRA deduction (see instructions). | 17 | | | |
| 18 | Student loan interest deduction (see instructions). | 18 | 800. | | |
| 19 | Tuition and fees. Attach Form 8917. | 19 | | | |
| 20 | Add lines 16 through 19. These are your **total adjustments.** | | | 20 | 1,050. |
| 21 | Subtract line 20 from line 15. This is your **adjusted gross income.** ▶ | | | 21 | 39,231. |

EXHIBIT A

...y Act, and Paperwork Reduction Act Notice, see separate instructions. Form **1040A** (2015)

BAA REV 12/30/15 TTW

Form 1040A (2015) Page 2

**Tax, credits, and payments**

| Line | Description | Line no. | Amount | Line no. | Amount |
|---|---|---|---|---|---|
| 22 | Enter the amount from line 21 (adjusted gross income). | | | 22 | 39,231. |
| 23a | Check if: ☐ You were born before January 2, 1951, ☐ Blind; ☐ Spouse was born before January 2, 1951, ☐ Blind. Total boxes checked ▶ 23a ☐ | | | | |
| b | If you are married filing separately and your spouse itemizes deductions, check here ▶ 23b ☐ | | | | |
| 24 | Enter your **standard deduction.** | | | 24 | 9,250. |
| 25 | Subtract line 24 from line 22. If line 24 is more than line 22, enter -0-. | | | 25 | 29,981. |
| 26 | **Exemptions.** Multiply $4,000 by the number on line 6d. | | | 26 | 8,000. |
| 27 | Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your **taxable income.** | | | ▶ 27 | 21,981. |
| 28 | **Tax,** including any alternative minimum tax (see instructions). | 28 | 2,639. | | |
| 29 | Excess advance premium tax credit repayment. Attach Form 8962. | 29 | | | |
| 30 | Add lines 28 and 29. | | | 30 | 2,639. |
| 31 | Credit for child and dependent care expenses. Attach Form 2441. | 31 | | | |
| 32 | Credit for the elderly or the disabled. Attach Schedule R. | 32 | | | |
| 33 | Education credits from Form 8863, line 19. | 33 | | | |
| 34 | Retirement savings contributions credit. Attach Form 8880. | 34 | | | |
| 35 | Child tax credit. Attach Schedule 8812, if required. | 35 | 1,000. | | |
| 36 | Add lines 31 through 35. These are your **total credits.** | | | 36 | 1,000. |
| 37 | Subtract line 36 from line 30. If line 36 is more than line 30, enter -0-. | | | 37 | 1,639. |
| 38 | Health care: individual responsibility (see instructions). Full-year coverage ☒ | | | 38 | |
| 39 | Add line 37 and line 38. This is your **total tax.** | | | 39 | 1,639. |
| 40 | Federal income tax withheld from Forms W-2 and 1099. | 40 | 2,675. | | |
| 41 | 2015 estimated tax payments and amount applied from 2014 return. | 41 | | | |
| 42a | **Earned income credit (EIC).** No | 42a | | | |
| b | Nontaxable combat pay election. 42b | | | | |
| 43 | Additional child tax credit. Attach Schedule 8812. | 43 | | | |
| 44 | American opportunity credit from Form 8863, line 8. | 44 | | | |
| 45 | Net premium tax credit. Attach Form 8962. | 45 | | | |
| 46 | Add lines 40, 41, 42a, 43, 44, and 45. These are your **total payments.** | | | ▶ 46 | 2,675. |

Standard Deduction for—
- People who check any box on line 23a or 23b or who can be claimed as a dependent, see instructions.
- All others:

Single or Married filing separately, $6,300

Married filing jointly or Qualifying widow(er), $12,600

Head of household, $9,250

If you have a qualifying child, attach Schedule EIC.

**Refund**

| Line | Description | Line no. | Amount |
|---|---|---|---|
| 47 | If line 46 is more than line 39, subtract line 39 from line 46. This is the amount you **overpaid.** | 47 | 1,036. |
| 48a | Amount of line 47 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 48a | 1,036. |
| ▶ b | Routing number 0 6 4 0 0 0 0 2 0 ▶ c Type: ☒ Checking ☐ Savings | | |
| ▶ d | Account number [redacted] | | |
| 49 | Amount of line 47 you want **applied to your 2016 estimated tax.** 49 | | |

Direct deposit? See instructions and fill in 48b, 48c, and 48d or Form 8888.

**Amount you owe**

| Line | Description | Line no. | Amount |
|---|---|---|---|
| 50 | **Amount you owe.** Subtract line 46 from line 39. For details on how to pay, see instructions. | ▶ 50 | |
| 51 | Estimated tax penalty (see instructions). 51 | | |

**Third party designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes.** Complete the following. ☒ **No**

Designee's name ▶ Phone no. ▶ Personal identification number (PIN) ▶

**Sign here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

Your signature | Date | Your occupation: TEACHER | Daytime phone number: (615)218-3240

Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

**Paid preparer use only**

Print/type preparer's name | Preparer's signature | Date | Check ▶ ☐ if self-employed | PTIN

Firm's name ▶ Self-Prepared | Firm's EIN ▶

Firm's address ▶ | Phone no.

REV 12/30/15 TTW Form **1040A** (2015)

# ELECTRONIC POSTMARK - CERTIFICATION OF ELECTRONIC FILING

**Taxpayer:** KIMBERLY ASHTON
**Primary SSN:** [redacted]

**Federal Return Submitted:** April 01, 2016 05:41 AM PDT
**Federal Return Acceptance Date:** 04/01/2016

The Intuit Electronic Postmark shows the date and time Intuit received your federal tax return. The Intuit Electronic Postmark documents the filing date of your income tax return, and the electronic postmark information should be kept on file with your tax return and other tax-related documentation.

There are two important aspects of the Intuit Electronic Postmark:

**1. THE INTUIT ELECTRONIC POSTMARK.**
The electronic postmark shows the date and time Intuit received the federal return, and is deemed the filing date if the date of the electronic postmark is on or before the date prescribed for filing of the federal individual income tax return.

**TIMELY FILING:**
For your federal return to be considered filed on time, your return must be postmarked on or before midnight April 18, 2016. Intuit's electronic postmark is issued in the Pacific Time (PT) zone. If you are not filing in the PT zone, you will need to add or subtract hours from the Intuit Electronic Postmark time to determine your local postmark time. For example, if you are filing in the Eastern Time (ET) zone and you electronically file your return at 9 AM on April 18, 2016, your Intuit electronic postmark will indicate April 18, 2016, 6 AM. If your federal tax return is rejected, the IRS still considers it filed on time if the electronic postmark is on or before April 18, 2016, and a corrected return is submitted and accepted before April 23, 2016. If your return is submitted after April 23, 2016, a new time stamp is issued to reflect that your return was submitted after the IRS deadline and, consequently, is no longer considered to have been filed on time.

If you request an automatic six-month extension, your return must be electronically postmarked by midnight October 17, 2016 If your federal tax return is rejected, the IRS will still consider it filed on time if the electronic postmark is on or before October 17, 2016, and the corrected return is submitted and accepted by October 22, 2016.

**2. THE ACCEPTANCE DATE.**
Once the IRS accepts the electronically filed return, the acceptance date will be provided by the Intuit Electronic Filing Center. This date is proof that the IRS accepted the electronically filed return.



Refund Status

Your refund was sent to your bank on April 8, 2016 for direct deposit. If you have not received your refund, take the following steps: Check with your bank to determine if your refund has been received; Verify the routing and bank account numbers on your electronically filed return are correct; or Call your preparer to verify the routing and bank account numbers are correct.

If you have questions or need additional information, please have the following on hand when you call: A copy of this page; A copy of your tax return; and

Please mention reference number 1502 to the IRS Customer Service Representative

IRS Hours of Service: Call Monday through Friday, 7 a.m. to 7 p.m.:

Call: 800-829-0582 and enter ext. 362
267-941-1000 (outside the US)
800-829-4059 (TTY/TDD)

| | |
|---|---|
| SSN: | ###-##-8600 |
| Filing Status: | Head of Household |


PO BOX 25118
TAMPA, FL 33622-5118

KIMBERLY ASHTON
1007 CASHMERE DR
THOMPSONS STATION TN 37179-5374

**Case Number** 1281-1217592914
**Account(s) ending in** 6474
**Date**
April 27, 2016
**Customer service**
866.445.6496
**Account information**
bankofamerica.com

# Your inquiry regarding the IRS deposit for $1,032.00 to the above account was received.

## What you need to know

We are not able to confirm that a direct deposit has been received and returned.

## What you can do/need to do

Please contact the IRS for assistance with researching the direct deposit for $1,032.00.

## We're here to help

We appreciate the opportunity to serve you and your financial needs. If you have any questions, please call us at 866.445.6496, Monday through Friday 8 a.m. to 9 p.m. and Saturday 8:30 a.m. to 5 p.m. Eastern.

EXHIBIT
C

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC. © 2016 Bank of America Corporation



IRS Department of the Treasury
Internal Revenue Service

PO BOX 9054
ANDOVER MA 01810-9054

In reply refer to: 0832895472
July 01, 2016 LTR 129C 0
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 201512 30
00003783
BODC: WI

KIMBERLY ASHTON
1007 CASHMERE DR
THOMPSONS STN TN 37179

31592

Taxpayer identification number: [redacted]
Form: 1040

Dear Taxpayer:

We are responding to your inquiry of June 22, 2016.

Per our conversation, after researching your account for tax year Dec. 31, 2015 a refund in the amount of $1,036.00 was submitted via direct deposit on Apr. 8, 2016.

If you have questions, you can call us toll free at 1-800-829-0922.

If you prefer, you can write to us at the address at the top of the first page of this letter.

You can get any of the forms or publications mentioned in this letter by calling 1-800-TAX-FORM (1-800-829-3676) or visiting our website at www.irs.gov/formspubs.

When you write, include a copy of this letter and provide in the spaces below, your telephone number and the hours we can reach you. Keep a copy of this letter for your records.

Telephone number (   )____________________ Hours______________

Thank you for your cooperation.

EXHIBIT
tabbies
D



 Bank of America 

Dear Kimberly Ashton,

This is your receipt for the request we have submitted on your behalf. If for any reason we're unable to complete your request by the date listed below, we will contact you at the number you provided between 9 a.m. and 6 p.m. local time with a status update. In the event that we need additional information or are unable to speak with you directly, we will leave a message on your answering machine or voice mail. We will deliver your Case Notifications by your preferred method of contact.

Please call us toll-free at 1.866.445.6496 if you have questions. When you call, please reference the Case ID provided below.

We appreciate your business and look forward to serving you.

Angela Adderly

**Bank of America**

My Name: Angela Adderly

My Manager: Michael Vandyken

Customer Name: Kimberly Ashton

Customer Contact Number: 615-218-3240

Today's Date: Jun 17, 2016

**We will process your request by the close of business on:**

6/23/2016

**Please note:** You may track the status of your case by logging into Online Banking if you are a registered user.

**When following up on the request, please reference the following Case ID:**

27859400

* Phone Number Disclosure: You consent to being contacted at the telephone number you provided regarding this case. You agree that Bank of America may contact you at this telephone number even if the telephone number is assigned to a cellular/mobile telephone service for which the called party is charged. You also agree that Bank of America may monitor or record telephone calls to assure the quality of our service.



 cfpb
Consumer Financial
Protection Bureau

Welcome **Kimberly Ashton** [Logout]

Case number: 160707-002355

Related Case Number:

Back

## STATUS

Response not disputed

Bank of America said:
Explanation of closure

During our recent conversation on July 18, 2016, we discussed that your IRS Tax Return was deposited into another Bank of America customer's account based on the account number provided on the direct deposit. We will need a Letter of Indemnity from the United States Treasury to attempt to recover the funds. We also confirmed that as a courtesy, on July 15, 2016, we refunded $210 in fees for overdraft activity assessed after April 8, 2016. We shared that two $35fees were previously refunded and the refund on July 15, 2016, serves as a refund of the remaining fees. You mentioned the email address listed at the ATM is not correct. We have submitted a request to update your email information to the email address on file. Please allow five business days for the information to update. We regret any inconvenience you may have encountered as a result of this matter and apologize for any service provided that did not meet your expectations.

Relief

We also confirmed that as a courtesy, on July 15, 2016, we refunded $210 in fees for overdraft activity assessed after April 8, 2016. We shared that two $35fees were previously refunded and the refund on July 15, 2016, serves as a refund of the remaining fees.

$ 210.00

EXHIBIT
F

Response

Bank of America is reviewing your inquiry. We require additional time to provide you with a complete response. We will update the status of your inquiry on the portal with our response as quickly as possible.

## WHAT HAPPENED

Describe what happened so we can understand the issue...

The IRS sent my 2015 Income Tax Refund to my account (correct account numbers have repeatedly been verified with both the IRS and Bank of America) with Bank of America via Electronic Direct Deposit in April of 2016. The IRS has steadily stated throughout their investigation until the end that Bank of America has misplaced my Income Tax Refund. I have encountered several rude and disinterested Bank of America Customer Service Representatives and Managers that have continuously stated that the IRS had never sent the refund, there is nothing further that Bank of America can do about it and that I need to contact the IRS. Other representatives of Bank of America just did not follow through and/or they claimed that their hands were tied. Today in July 2016, Bank of America still refuses to investigate past what can be seen in front of them on a computer screen, will not escalate my complaint higher up the ladder until issue is resolved and continues to point the finger at the IRS. Bank of America seems to have a lack of communication connection throughout their institution. I have experienced this fact in several instances through this bad situation. My Direct Deposited Income Tax Refunds in the past have always entered my account on the date that the IRS has stated. I have been a customer of Bank of America for many years but I was treated as if I were nobody to them. My Income Tax Refund may be pennies and nothing to Bank of America but it was gold to me, I depended on that money and this has created a negative downward spiral effect in my life and Bank of America has proved that they could care less.

Consent to publish the description of what happened? Consent provided

Product Checking account

Issue Deposits and withdrawals

Do you believe the issue involves discrimination? Yes ☐ No ☐

**On the basis of**

- ☐ Age
- ☐ Marital status
- ☐ National origin
- ☐ Race

- [ ] Receipt of public assistance
- [ ] Religion
- [ ] Sex
- [ ] Other

## DESIRED RESOLUTION

What do you think would be a fair resolution to your issue?

Immediate submission of funds owed, reversal of fees placed on account and restitution of damages caused.

## MY INFORMATION

Contact information

**Mailing address**
Ms Kimberly Ashton
3118 Tristan Drive

Franklin TN 37064
United States

Email kimberlyaw16@yahoo.com

Phone

Age

**I am submitting on behalf of** [x] Myself [ ] Someone else

Someone else

Relationship

Email

Phone

Age

Servicemember information

The consumer is a ☐ Servicemember ☐ Dependent or spouse of a servicemember

**Dependent information**

United States

**Servicemember information**
Servicemember status
Servicemember branch
Servicemember rank

## PRODUCT INFORMATION

☑ Billing address is the same as mailing address.

Account number

**Information about the company**
Bank of America
100 North Tyron Street, Suite 170
Charlotte NC 28202
United States

Supporting documents

- Ashton, Kimberly B or A Complaint docs 7-7-16.pdf *(7.02 MB)*
- Ashton 3548712 - signed letter - 7.21.16.doc.pdf *(198.99 KB)*
- Statements.pdf *(583.82 KB)*
- Updated Hold and Transaction History 6474.pdf *(55.05 KB)*
- Deposit Agreement and Disclosures effective March 4 2016 log.pdf *(274.9 KB)*
- Personal Schedule of Fees 11.6.15.log.pdf *(175.72 KB)*

## COMPLAINT HISTORY

**Auto-Response 07/22/2016 03:12 PM**
To: kimberlyaw16@yahoo.com

Subject: Your submission, [Case number: 160707-002355]

We wanted to let you know that the company responded to your complaint.

What happens next?
Review the company's response:
- Log in to https://help.consumerfinance.gov/app/account/complaints/list to read it online, or
- Call us at (855) 411-CFPB (2372) and we'll share it with you.

The company's response should include the steps they took, or will take, in response to your complaint.

If you're okay with the company's response, then you're finished! If you aren't okay with it, we want your feedback. You can call us to dispute it, or select "dispute" and share your feedback when you review the response online.

Also, we wanted to let you know that we've published your complaint in two online databases. Your complaint -- without any information that could be used to identify you -- has been published on our website in the Consumer Complaint Database, where it can be used to help other consumers: consumerfinance.gov/ComplaintDatabase. It has also been shared with the Federal Trade Commission, which has added your complaint to its database for state and federal law enforcement agencies.

What happens if I dispute the company's response?
We use the feedback consumers like you provide about company responses to make decisions about which issues and companies to investigate. We also publish on our website which companies get the most disputes from consumers.

Can I hire my own lawyer to look into this?
Yes. While we can't give legal advice or represent individuals in legal matters, if you want more help you can contact a private attorney or your local legal aid office for free or low-cost legal resources. You can search for legal aid near you by visiting the Legal Service Corporation website at www.lsc.gov and searching for your city, state, or zip code in the "Find Legal Aid" portion of the website.

Is that it?
Complaints help us identify trends and problems in the marketplace and understand the challenges people are facing so we can look for these problems when we supervise companies, enforce federal consumer financial laws, and write rules and regulations.

Where can I find more information?
If you have questions, call us at (855) 411-CFPB (2372) or visit us at consumerfinance.gov/askcfpb.

We also welcome your feedback on how our complaint process has worked for you. If you want to share your story, go to https://help.consumerfinance.gov/app/tellyourstory.

Thank you,
Consumer Financial Protection Bureau consumerfinance.gov (855) 411-CFPB (2372)

AR2.1a-EN

**Auto-Response 07/20/2016 02:44 PM**
The company has provided a partial response to your complaint number 160707-002355 describing the steps taken so far to address your issue. They stated they are still working on your issue, and you should hear from them again within 60 days.

View the details of your complaint and the company's response so far at:
https://help.consumerfinance.gov/app/account/complaints/list

We will let you know as soon as we receive an update about your complaint.

Thank you,
Consumer Financial Protection Bureau consumerfinance.gov (855) 411-CFPB (2372)
**Auto-Response 07/07/2016 08:54 PM**
We've sent your complaint to the company for a response.

We will let you know when the company responds. The response should include the steps they took, or will take, in response to your complaint.

You should receive a status update within the next 15 days.

You can track the status of your complaint at:
https://help.consumerfinance.gov/app/account/complaints/list.

Thank you,
Consumer Financial Protection Bureau consumerfinance.gov (855) 411-CFPB (2372)

**Customer Kimberly Ashton 07/07/2016 08:54 PM**
The IRS sent my 2015 Income Tax Refund to my account (correct account numbers have repeatedly been verified with both the IRS and Bank of America) with Bank of America via Electronic Direct Deposit in April of 2016. The IRS has steadily stated throughout their investigation until the end that Bank of America has misplaced my Income Tax Refund. I

have encountered several rude and disinterested Bank of America Customer Service Representatives and Managers that have continuously stated that the IRS had never sent the refund, there is nothing further that Bank of America can do about it and that I need to contact the IRS. Other representatives of Bank of America just did not follow through and/or they claimed that their hands were tied. Today in July 2016, Bank of America still refuses to investigate past what can be seen in front of them on a computer screen, will not escalate my complaint higher up the ladder until issue is resolved and continues to point the finger at the IRS. Bank of America seems to have a lack of communication connection throughout their institution. I have experienced this fact in several instances through this bad situation. My Direct Deposited Income Tax Refunds in the past have always entered my account on the date that the IRS has stated. I have been a customer of Bank of America for many years but I was treated as if I were nobody to them. My Income Tax Refund may be pennies and nothing to Bank of America but it was gold to me, I depended on that money and this has created a negative downward spiral effect in my life and Bank of America has proved that they could care less.

**Auto-Response 07/07/2016 08:54 PM**

We received your submission and will review it as soon as possible to determine if it involves a Federal consumer financial law within our authority.

Depending on what we find, we will:
• Send your complaint to the company for a response; or
• Send your complaint to the appropriate regulator or help you get in touch with your state and local consumer protection office if your complaint is not within our authority; or
• Let you know if we need more information to continue our work.

While we can't give legal advice or represent individuals in legal matters, if you want more help you can contact a private attorney or your local legal aid office for free or low-cost legal resources at www.lsc.gov.

You can register to track the status of your submission at: https://help.consumerfinance.gov/app/account/complaints/list.

Thank you,
Consumer Financial Protection Bureau consumerfinance.gov (855) 411-CFPB (2372)

**Customer Kimberly Ashton via Web 07/07/2016 08:54 PM**

The IRS sent my 2015 Income Tax Refund to my account (correct account numbers have repeatedly been verified with both the IRS and Bank of America) with Bank of America via Electronic Direct Deposit in April of 2016. The IRS has steadily stated throughout their investigation until the end that Bank of America has misplaced my Income Tax Refund. I have encountered several rude and disinterested Bank of America Customer Service Representatives and Managers that have continuously stated that the IRS had never sent

the refund, there is nothing further that Bank of America can do about it and that I need to contact the IRS. Other representatives of Bank of America just did not follow through and/or they claimed that their hands were tied. Today in July 2016, Bank of America still refuses to investigate past what can be seen in front of them on a computer screen, will not escalate my complaint higher up the ladder until issue is resolved and continues to point the finger at the IRS. Bank of America seems to have a lack of communication connection throughout their institution. I have experienced this fact in several instances through this bad situation. My Direct Deposited Income Tax Refunds in the past have always entered my account on the date that the IRS has stated. I have been a customer of Bank of America for many years but I was treated as if I were nobody to them. My Income Tax Refund may be pennies and nothing to Bank of America but it was gold to me, I depended on that money and this has created a negative downward spiral effect in my life and Bank of America has proved that they could care less.

 atty to serve

COPY

| STATE OF TENNESSEE<br>WILLIAMSON COUNTY<br>CIRCUIT COURT | **SUBPOENA**<br>(Duces Tecum) | CASE FILE NUMBER<br>2016- 513 |
|---|---|---|

PLAINTIFF: Kimberly Ashton vs. DEFENDANT: Bank of America, N.A.

TO: (Name, Address & Telephone Number of Witness)
Bank of America, N.A.
Legal Order Processing
P.O. Box 15047
Wilmington, DE 19850-5047

You are hereby commanded to appear at the time, date and place specified for the purpose of giving testimony. In addition, if indicated, you are to bring the items listed. If you fail to obey this subpoena, you may be held in contempt, punishable by a fine of up to $50.00 and/or imprisonment for up to 10 days.

THE FAILURE TO FILE A MOTION TO QUASH OR MODIFY WITHIN FOURTEEN DAYS OF SERVICE OF THE SUBPOENA WAIVES ALL OBJECTIONS TO THE SUBPOENA, EXCEPT THE RIGHT TO SEEK THE REASONABLE COST FOR PRODUCING BOOKS, PAPERS, DOCUMENTS, ELECTRONICALLY STORED INFORMATION, OR TANGIBLE THINGS.

TIME 9:00

DATE November 20, 2016

PLACE
Circuit Court
Williamson County Judicial Center
135 4th Avenue South
Franklin, Tennessee

(OR)

Provide Documents to:
Christopher Boiano, Esq.
115 Shivel Dr.
Hendersonville, TN 37075

ITEMS TO BRING:

Please be advised that this subpoena is in compliance with TN Financial Records Privacy Act, T.C.A. 45-0-101, et seq. A copy of this subpoena has been provided to the Defendant. Further, the requirements of T.C.A. 45-10-106 have been met.

Provide copies of of all deposit slips and all statements for account number [redacted] from March 2016 through June 2016.

o Additional List Attached

This subpoena is being issued on behalf of
o plaintiff x defendant.
Attorney: (Name, Address & Telephone Number)
Christopher Boiano, Esq.
115 Shivel Dr.
Hendersonville, TN

DATE ISSUED: 10-21-16

BY: Debbie McMillan Barrett
Circuit Court Clerk

RETURN ON SERVICE

Check one: (1. Or 2. are for the return of an authorized officer or attorney; an attorney's return must be sworn to; 3. Is for the witness who will acknowledge service and requires the witness's signature.)

1. o I certify that on the date indicated below I served a copy of this subpoena on the witness stated above by__________

2. o I failed to serve a copy of this subpoena on the witness because__________

3. o I acknowledge being served with this subpoena on the date indicated below.

DATE OF SERVICE:

SIGNATURE OF WITNESS, OFFICER OR ATTORNEY: __________
Signature of Notary Public or Deputy Clerk: __________
Commission Expires: __________

If you have a disability & require assistance, please Call 615-790-5428