IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KIMBERLY ASHTON,     ) | |
| ) | |
| Plaintiff,     ) | Civil Action No. 3:16-cv-02831 |
| ) | |
| v.     ) | Judge Crenshaw |
| ) | |
| BANK OF AMERICA, N.A.,     ) | Magistrate Judge Holmes |
| ) | |
| Defendant.     ) | |

## MOTION TO DISMISS

Defendant Bank of America, N.A. ("BANA"), by and through counsel, moves to dismiss this lawsuit pursuant to Fed. R. Civ. P. 12(b)(6) because Plaintiff's Complaint fails to state any claim upon which relief can be granted. Specifically, all of Plaintiff's claims are barred by 31 C.F.R. § 210.8(b), which prohibits financial institutions from being held liable to third parties when a federal agency errs in sending an electronic fund transfer—as was the case here. Further, each claim, individually, fails to meet the substantive pleading requirements under state and federal law.

WHEREFORE, BANA respectfully requests that the Court grant its Motion to Dismiss, dismiss this lawsuit with prejudice, and grant such further relief as it deems appropriate.

Dated this 9th day of November, 2016.

Respectfully Submitted,

/s/ H. Frederick Humbracht
H. Frederick Humbracht (BPR No. 2993)
Brian R. Epling (BPR No. 34728)
BRADLEY ARANT BOULT CUMMINGS LLP
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203

615.252.2340 (phone)
615.248.3030 (fax)
rhumbracht@bradley.com
bepling@bradley.com

*Counsel for Defendant*
*Bank of America, N.A.*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 9, 2016, a copy of the foregoing was filed electronically with the Clerk's office by using the CM/ECF system and served electronically and/or via first-class U.S. mail, postage prepaid, upon all counsel as indicated below. Parties may also access this filing through the Court's ECF system.

Christopher V. Boiano, Esq.
Boiano & Boiano, LLC
115 Shivel Drive
Hendersonville, TN 37075

    /s/ H. Frederick Humbracht