UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KIMBERLY ASHTON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 3:16-cv-02831 |
| BANK OF AMERICA, N.A., | ) ) ) | JUDGE CRENSHAW |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant's Motion to Dismiss the original complaint. (Doc. No. 6.) Plaintiff has since filed an amended complaint (Doc. No. 9), rendering the motion to dismiss moot. Accordingly, Defendant's motion is **DENIED AS MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE