# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KIMBERLY ASHTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:16-cv-02831 |
| | ) |
| BANK OF AMERICA, N.A., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

PLEASE BE ADVISED that the undersigned, Brian R. Epling of the law firm of Bradley Arant Boult Cummings LLP, 1600 Division Street, Suite 700, Nashville, Tennessee 37203, hereby enters his appearance as counsel for Defendant Bank of America, N.A. in the above-referenced action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

Dated: December 12, 2016

                                                                                Respectfully submitted,

                                            By: */s/ Brian R. Epling*
                                                H. Frederick Humbracht, Jr. (BPR No. 2993)
                                                Brian R. Epling (BPR No. 34728)
                                                BRADLEY ARANT BOULT CUMMINGS
                                                LLP 1600 Division Street, Suite 700
                                                Nashville, Tennessee 37203
                                                Phone: (615) 252-2371
                                                Facsimile: (615) 252-6371
                                                rhumbracht@bradley.com
                                                bepling@bradley.com

                                                *Counsel for Defendant Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2016, a copy of the foregoing was filed electronically with the Clerk's office by using the CM/ECF system and served electronically.

    Stephanie A. Boiano Esq.
    Christopher V. Boiano, Esq.
    BOIANO & BOIANO, LLC
    115 Shivel Drive
    Hendersonville, TN  37075

    */s/ Brian R. Epling*
    Brian R. Epling