IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KIMBERLY ASHTON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:16-cv-02831 |
| ) | |
| v. ) | Judge Crenshaw |
| ) | |
| BANK OF AMERICA, N.A., ) | Magistrate Judge Holmes |
| ) | |
| Defendant. ) | |

**O R D E R**

From discussion at the initial case management conference, it appears that a judicial settlement conference might facilitate a resolution in this case. This case is therefore REFERRED to Magistrate Judge John S. Bryant for a judicial settlement conference. Counsel for the parties shall contact Ms. Robbie Dail at (615) 736-5097 to schedule the settlement conference.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge