IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KIMBERLY ASHTON )
)
v. ) NO. 3:16-2831
)
BANK OF AMERICA, N.A. )

**O R D E R**

A telephonic case management conference was held on August 9, 2017. Counsel participating were: Christopher Boiano for Plaintiff and Brian Epling for Defendant. Counsel reported that a settlement has been reached, subject to final documentation. By no later than **August 31, 2017**, the parties shall submit an agreed order of dismissal or other filing in resolution of this case.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge