IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KIMBERLY ASHTON, | ) |
|     Plaintiff, | ) ) ) Civil Action No. 3:16-cv-02831 |
| v. | ) ) Judge Crenshaw |
| BANK OF AMERICA, N.A., | ) ) Magistrate Judge Holmes |
|     Defendant. | ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kimberly Ashton and Defendant Bank of America, N.A stipulate that this matter shall be dismissed WITH PREJUDICE.

Respectfully Submitted,

*/s/ Brian R. Epling*
Brian R. Epling (BPR No. 34728)
BRADLEY ARANT BOULT CUMMINGS LLP
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203
615.252.2340 (phone)
615.248.3030 (fax)
bepling@bradley.com

*Counsel for Defendant*
*Bank of America, N.A.*

    */s/ Stephanie A. Boiano by BRE with permission*
Stephanie A. Boiano, Esq. (BPR No. 29098)
Christopher V. Boiano, Esq. (BPR No. 30076)
Boiano & Boiano, LLC
115 Shivel Drive
Hendersonville, TN 37075
P: 615-991-7117
F: 615-296-0390
stephanie@boianolaw.com
christopher@boianolaw.com

*Attorney for Kimberly Ashton*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 10, 2017, a copy of the foregoing was served electronically and/or via first-class U.S. mail, postage prepaid, upon all counsel as indicated below.

Stephanie A. Boiano, Esq.
Christopher V. Boiano, Esq.
Boiano & Boiano, LLC
115 Shivel Drive
Hendersonville, TN 37075

    */s/ Brian R. Epling*