IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KIMBERLY ASHTON | ) | |
| | ) | |
| v. | ) | NO. 3:16-2831 |
| | ) | |
| BANK OF AMERICA, N.A. | ) | |

O R D E R

On August 10, 2017, the parties filed a joint stipulation of dismissal with prejudice (Docket Entry No. 28).

Therefore, the Clerk of Court shall forward this file to the Honorable Waverly D. Crenshaw, Jr., Chief Judge, for his consideration of the stipulation of dismissal with prejudice.

Unless otherwise ordered by the Court, there will be no further proceedings before the Magistrate Judge.

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge