UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| KIMBERLY ASHTON, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | NO. 3:16-cv-02831 |
|  | ) | CHIEF JUDGE CRENSHAW |
| BANK OF AMERICA, N.A., | ) | |
| Defendant. | ) | |

## ORDER

The parties have filed a Stipulation of Dismissal (Doc. No. 28). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file. Any pending Motions are **DENIED** as **MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1